**Opinion issued July 30, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00637-CV

————————————

## IN RE FLOYD STEELE COOLEY AND MARION COOLEY, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators Floyd Steele Cooley and Marion Cooley have filed a petition for writ of mandamus in this Court. *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004); *see also* TEX. R. APP. P. 52.1. Relators request this Court to order the trial court to vacate its "order compelling arbitration" and its "order staying

discovery."[*]

We deny relators' petition for writ of mandamus.

## PER CURIAM

Panel consists of Justices Keyes, Higley, and Bland.

---

[*] The underlying case is *Floyd Steele Cooley and Marion Cooley, Individually and on Behalf of Others Similarly Situated v. GL Clear Lake, LLC; GL Clear Lake II, LLC; Garcadia Holdings, LLC; and Garff Enterprises, Inc.*, cause number 2013–10558, pending in the 151st District Court of Harris County, Texas, the Honorable Mike Engelhart, presiding.